

SEALED

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal Number: 12cr 10124 |
| | ) |
| v. | ) Violations: |
| | ) |
| | ) 18 U.S.C. §§ 1951 |
| | ) and 2 |
| ORESTE ABBAMONTE, a/k/a "Ernie," | ) |
| "Ernie Boy" | ) |
| Defendant | |

## INDICTMENT

**COUNT ONE:** (Title 18, United States Code, Section 1951 --
Hobbs Act Extortion)

The Grand Jury charges that:

From in or about January 2006 through in or about January 2011, within the District of Massachusetts and elsewhere, the defendant,

ORESTE ABBAMONTE, a/k/a "Ernie,"
"Ernie Boy,"

did obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in commerce, by extortion, as that term is defined in Title 18, United States Code, Section 1951(b)(2), in that he did knowingly attempt to and did obtain property, to wit, in excess of $1,000,000 in U.S. currency from Company A with the consent of Company A and its officers, agents and employees, which consent was induced by the wrongful use of actual and threatened force,

violence and fear, including fear of economic harm.

In violation of Title 18, United States Code, Sections 1951 and 2.

## FORFEITURE ALLEGATIONS
### (18 U.S.C. §§ 981, and 28 U.S.C. § 2461(c))

1. Upon conviction of the offense charged in Count One of this Indictment, the defendant,

ORESTE ABBAMONTE, a/k/a "Ernie," "Ernie Boy,"

shall forfeit (i) all property, real and personal, that constitutes, or is derived from, proceeds traceable to the commission of the offense pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). The items to be forfeited, include, but are not limited to the following:

    a. the real property and buildings located at 17 Avenue B, Port Washington, New York 11050-2466 and more specifically described as assessor's parcel number 04-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, lot number 87, block 31, section 4, district 282239; with a deed recorded in the Nassau County Registry of Deeds, document number 199906170579, at book 11066 and page 957.

2. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred or sold to, or deposited with, a third person;

    (3) has been placed beyond the jurisdiction of the Court;

    (4) has been substantially diminished in value; or

    (5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant up to the value of the

above forfeitable property.

All in violation of Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

**A TRUE BILL**

_____
FOREPERSON OF THE GRAND JURY

_____
LAURA J. KAPLAN
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS; April 12, 2012.

Returned into the District Court by the Grand Jurors and filed.

Case 2:18-cr-00051-ADS-WGY Document 1 Filed 09/18/20 Page 6 of 7 PageID #: 282
Case 1:12-cr-10051-WGY Document 1-1 Filed 09/13/12 Page 6 of 6

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

12cr 10124

SEALED

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Category No. **II** Investigating Agency **FBI**

City **Boston**

County **Suffolk**

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name **Oreste Abbamonte** Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name **Ernie, Ernie Boy**

Address (City & State) **Port Washington, NY**

Birth date (Yr only): **1948** SSN (last4#): **7117** Sex **m** Race: **white** Nationality: **US**

Defense Counsel if known: _____ Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA **Laura J. Kaplan/Timothy Moran** Bar Number if applicable **652987 (Kaplan)**

Interpreter: ☐ Yes ☑ No List language and/or dialect: _____

Victims: ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☑ Yes ☐ No

☐ Warrant Requested ☐ Regular Process ☑ In Custody

**Location Status:**

Arrest Date _____

☑ Already in Federal Custody as of **1/13/11** in **FCI Gilmer, W. VA**
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **April 12, 2012** Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** Oreste Abbamonte

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 1951 | Hobbs Act extortion | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

cr js-45-MA2011.wpd - 3/25/2011